# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

UNITED STATES OF AMERICA

-vs-                                                         Case Number: 5:06-cr-19-Oc-10GRJ

SHAWN MATTHEW BRIGGS
                                                             USM Number: 11747-052

                                                             Rick Carey, FPD
                                                             201 SW Second Street, Suite 102
                                                             Ocala, Florida 34474

_____

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release

The defendant admitted guilt to violation charge numbers One, Two, Three, and Four of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Positive Results for the Presence of Cocaine, in violation of the Standard Conditions of Supervised Release | June 9, 2006 |
| 2 | Positive Results for the Presence of Cocaine, in violation of the Standard Conditions of Supervised Release | June 13, 2006 |
| 3 | Positive Results for the Presence of Cocaine, in violation of the Standard Conditions of Supervised Release | June 22, 2006 |
| 4 | Positive Results for the Presence of Cocaine, in violation of the Standard Conditions of Supervised Release | December 18, 2006 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: April 17, 2007

_____
UNITED STATES DISTRICT JUDGE

April 18, 2007

SHAWN MATTHEW BRIGGS  
5:06-cr-19-Oc-10GRJ

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **4 Months**.

It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by the court.

The Court recommends to the Bureau of Prisons:

> That defendant be designated for service at FCC Coleman, Florida; and that defendant participate in any drug counseling or drug treatment program that is available.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By:_____  
Deputy U.S. Marshal

AO 245B (Rev. 6/05) Judgment in a Criminal Case